Submitted on record and briefs March 26, judicial review dismissed as moot
May 20, 1992

WILLIAM CARL ERICKSON,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A66720)

830 P2d 636

William Carl Erickson, Portland, filed the brief *pro se.*

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John Reuling, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Judicial review dismissed as moot.